Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000688
29-JAN-2016
08:28 AM

NO. CAAP-15-0000688

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
MICHAEL ANTHONY VENTRELLA, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 15-1-0103K)

ORDER GRANTING THE JANUARY 6, 2016
"MOTION TO DISMISS APPEAL FOR STATE'S FAILURE TO PROSECUTE"
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Motion to Dismiss for
State's Failure to Prosecute," filed by Defendant-Appellee
Michael Anthony Ventrella (**Ventrella**), on January 6, 2016, the
"No Opposition to Motion for Default" (**Statement of No
Opposition**) filed on January 8, 2016, by Plaintiff-Appellant
State of Hawai'i (**State**), the papers in support, and the record,
it appears that (1) Ventrella seeks to dismiss the appeal for
failure to prosecute; (2) on January 7, 2016, the Appellate Clerk
notified the State that the deadline to file the statement of
jurisdiction expired on December 3, 2015, and the deadline to
file the opening brief expired on January 4, 2016; and (3) the
State filed its Statement of No Opposition, asking this court to
enter default against the State.

IT IS HEREBY ORDERED that the motion is granted; and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 29, 2016.

Presiding Judge

Associate Judge

Associate Judge